

# Fourth Court of Appeals
## San Antonio, Texas

September 7, 2018

No. 04-18-00325-CV

**IN THE INTEREST OF S.S. AND S.S., CHILDREN**,

From the County Court, Jim Wells County, Texas
Trial Court No. 16-08-56366-CV
Honorable Michael Ventura Garcia, Judge Presiding

# O R D E R

Appellant mother K.E. electronically filed her appellant's brief on July 25, 2018 in this accelerated appeal from an order terminating her parental rights. The electronic brief contains references to a sealed volume of the reporter's record. Therefore, the brief is STRICKEN, and appellant mother K.E. is ORDERED to (1) re-file her appellant's brief in paper form only, (2) with a cover letter informing the clerk of this court that the brief references the sealed record *within ten (10) days* from the date of this order. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court